### NICKERSON, Plaintiff-Appellee, v. NICKERSON, Defendant-Appellant.

Ohio Appeals, Second District, Montgomery County.

No. 2027. Decided November 29, 1948.

Irvin Carl Delscamp, Dayton, for plaintiff-appellee.
Gus W. Byttner, Dayton, for defendant-appellant.

### OPINION

By THE COURT:
Submitted on motion of plaintiff-appellee to dismiss the appeal on the ground that the defendant-appellant failed to file an appeal bond as required by law. This is an appeal on

questions of law and fact. The failure to file an appeal bond as required by §12223-6 GC does not require the dismissal of the appeal. Under §12223-22 GC when the appeal on questions of law and fact is dismissed, the appeal shall stand for hearing on questions of law. However, the appeal on questions of law and fact will be dismissed.

Under the provisions of §11564 GC, this court is now required to make an order relative to the time within which the bill of exceptions shall be filed. Accordingly, this court allows the defendant-appellant thirty days from the date of entry journalizing this decision within which to prepare and settle in the trial court a bill of exceptions. The court further orders that the appellant shall be required to file such bill of exceptions in this court within ten days after it is settled in the trial court. The appellant is allowed fifty days from the date of the entry journalizing this decision within which to file his assignments of error and briefs in this court. The plaintiff-appellee will be allowed fifteen days after the filing of appellant's brief within which to file an answer brief, and the appellant will be allowed ten days thereafter within which to file a reply brief, if he desires to do so.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.